## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 02-157-GPS** | Date | March 4, 2008 |
|---|---|---|---|

| Present: The Honorable | **GEORGE P. SCHIAVELLI**, United States District Judge |
|---|---|
| Interpreter | |

| Jake Yerke | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|

JOSEPH HAYES,

| Proceedings: | **Order Granting Mark Windsor's Ex Parte Application to be Relieved as Counsel for Defendant Hayes;**<br>**Order Vacating Status Conference;**<br>**Order Granting Defendant Hayes' Motion to Represent Himself**<br>**(In Chambers)** |
|---|---|

On February 26, 2008, counsel for Defendant Hayes, Mark Windsor, filed an Ex Parte Application to be relieved as counsel due to a conflict. To ensure Defendant Hayes had an opportunity to respond, this Court set a Status Conference regarding representation for March 14, 2008.

On March 3, 2008, Defendant Hayes filed a Motion to represent himself in *pro se*. In the accompanying declaration, Defendant Hayes states that he will forego any further right to counsel and elects to represent himself. This sworn statement ameliorates the need for the March 14, 2008 Status Conference. Accordingly, the Status Conference is hereby **VACATED**, Mark Windsor's Ex Parte Application to be relieved as counsel is **GRANTED**, and Defendant Hayes' Motion to represent himself is **GRANTED**.

Sentencing in this case is currently set for **April 21, 2008 at 10:00 a.m.**

**IT IS SO ORDERED.**