# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. CR-02-157-RHW-1 |
| v. | **ORDER SETTING HEARING** |
| JOSEPH HAYES, | |
| Defendant. | |

Before the Court is Defendant's Motion to Permit Defense Counsel to Provide Defendant with Copies of All Transcripts of Sealed Proceedings in this Case (Ct. Rec. 2397). The Government has not responded to the Motion. The Court is unable to rule on the Motion until the Government outlines their position.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Permit Defense Counsel to Provide Defendant with Copies of All Transcripts of Sealed Proceedings in this Case (Ct. Rec. 2397) is set for hearing on **Tuesday, April 6, 2010** at 2:00 p.m. in Los Angeles, California.

2. The Government shall respond in person on April 6, 2010 or in writing before April 2, 2010. The hearing may be stricken if the response is filed on or before April 2, 2010.

///
///
///
///

**ORDER SETTING HEARING** * 1

1    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
2  order and to provide copies to counsel.
3    **DATED** this 25th day of March, 2010.

           *s/Robert H. Whaley*
           ROBERT H. WHALEY
           United States District Judge

C:\Temp\notesFFF692\~6761247.wpd

**ORDER SETTING HEARING**   * 2